IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARKUS WILLIAMS,  :  No. 3:26-CV-0617
            Petitioner  :

                       :  (Judge Munley)

    v.                 :

                       :

JOSEPH TERRA,          :
            Respondent  :

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED** that:

1. Petitioner Markus Williams' petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

2. A certificate of appealability shall not issue, as Williams has failed to make a substantial showing of the denial of a constitutional right, see 28 U.S.C. § 2253(c)(2), or that "jurists of reason would find it debatable" whether this court's procedural ruling is correct, Slack v. McDaniel, 529 U.S. 473, 484 (2000).

3. The Clerk of Court is directed to CLOSE this case.

Date: ___6/22/26___

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court